IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDDIE EUBANKS,                  )
                                )
        Plaintiff,              )
                                )       CIVIL ACTION NO.
        v.                      )       2:17cv245-MHT
                                )          (WO)
WESTERN EXPRESS, INC.,          )
                                )
        Defendant.              )


                             OPINION

    Plaintiff filed this complaint alleging various

state-law claims arising out of a January 2016 accident.

This lawsuit is now before the court on the

recommendation of the United States Magistrate Judge that

the case be dismissed due to lack of subject-matter

jurisdiction.    There are no objections to the

recommendation.  After an independent and de novo review

of the record, the court concludes that the magistrate

judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 2nd day of November, 2017.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE